## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02606-RPM-MEH

TRISTA RICHTER,

      Plaintiff,

v.

SOUTHWEST CREDIT SYSTEMS, LP, a Texas limited partnership,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: April 17th, 2007

      BY THE COURT:

      s/Richard P. Matsch
      _____
      U.S. DISTRICT JUDGE